UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
-------------------------------------------------------X
In Re:                                                                    CHAPTER 11

STORM KING GOLF CLUB, INC.                       CASE NO. 10-37256 CGM

                              Debtor.
-------------------------------------------------------X

## AFFIDAVIT UNDER LOCAL BANKRUPTCY RULE 1007-2

**State of New York** )
                         ) ss.:
**County of Dutchess** )

Thomas J. Fenton, being duly sworn, deposes and says:

1.       Deponent makes this Affidavit pursuant to Local Bankruptcy Rule 1007-2 of the Rules of this Court.

2.       That he is the President of the Chapter 11 debtor herein.

3.       There are no other or prior Bankruptcy proceedings.

4.       The names and addresses of all the known creditors are attached to the debtor's Chapter 11 petition.

5.       Debtor is not involved in any pending lawsuits.

6.       There is no property of the debtor in the possession or custody of any public officer, receiver, Trustee or assignee for the benefit of creditors, mortgagee pledge or assignee of rents.

7.       The debtor has no shares of stock, debentures or other securities which are publicly held.

8.       Storm King Golf Course, Inc. is a private golf course. The debtor may receive an estimated gross monthly income of $14,000.00 for the thirty (30) days following the filing of the Chapter 11 petition, subject to additional review.

9. The estimated monthly expenses of the debtors for the thirty (30) days following the filing of the Chapter 11 petition are @$8,900.00.

10. It is estimated that the debtor will have limited excess income for the thirty (30) days following the filing of the Chapter 11 petition but will be streamlining costs in order to make a profit.

11. The debtor's financial difficulties have been caused by the following circumstances:

    a. General state of the economy caused numerous members to drop out. Membership has started to climb back up recently.

12. It is respectfully submitted that the best interest of the creditors, the debtors, and the community would be served in allowing the debtor to enter into Chapter 11 bankruptcy. Otherwise, in the event of liquidation, unsecured creditors would receive little if anything in the way of a dividend. When a Plan is negotiated with creditors, the results will be the rehabilitation of the debtors.

/s/ Thomas J.Fenton_____
Thomas J. Fenton, President
Storm King Golf Course, Inc.

Sworn to before me this
27th day of July, 2010

 /s/ Linda DuBois_____
Linda DuBois
Notary Public
State of New York
Qualified in Dutchess County
Comm No. 01DU4968504
Comm. Exp. June 25, 2014